| | |
|---|---|
| 1 | Allison C. Eckstrom, California Bar No. 217255 |
| 2 | allison.eckstrom@bclplaw.com |
|   | Christopher J. Archibald, California Bar No. 253075 |
| 3 | christopher.archibald@bclplaw.com |
|   | **BRYAN CAVE LEIGHTON PAISNER LLP** |

Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bclplaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1920 Main Street, Suite 1000
Irvine, CA 92614
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100

Attorneys for Defendant
WALGREEN CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL KNIGHT,<br><br>             Plaintiff,<br><br>      v.<br><br>WALGREEN CO.; and DOES 1-20,<br><br>             Defendants. | Case No. 3:22-cv-05919-CRB<br><br>**JOINT STIPULATION OF DISMISSAL [FRCP 41(a)]** :ORDER<br><br>Hon. Charles R. Breyer<br>Courtroom:  6 |

Plaintiff DANIEL KNIGHT and Defendant WALGREEN CO. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties.

Dated:  December 20, 2022

Allison C. Eckstrom
Christopher J. Archibald
**BRYAN CAVE  LEIGHTON PAISNER LLP**

By:  */s/ Christopher J. Archibald*
Christopher J. Archibald
Attorneys for Defendant
WALGREEN CO.

Dated:  December 20, 2022

Lilia Bulgucheva
**BULGUCHEVA LAW, P.C.**

By:  */s/ Lilia Bulgucheva*
Lilia Bulgucheva
Attorneys for Plaintiff
DANIEL KNIGHT

### Local Rule 5-1(i)(3) Compliance

I, Christopher J. Archibald, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Christopher J. Archibald*
Christopher J. Archibald

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL KNIGHT,<br><br>               Plaintiff,<br><br>     v.<br><br>WALGREEN CO.; and DOES 1-20,<br><br>               Defendants. | Case No. 3:22-cv-05919-CRB<br><br>[~~PROPOSED~~] ORDER DISMISSING CASE WITH PREJUDICE<br><br>Hon. Charles R. Breyer<br>Courtroom:   6 |

Plaintiff DANIEL KNIGHT and Defendant WALGREEN CO. filed a Joint Stipulation for Dismissal. Pursuant to the Parties Joint Stipulation for Dismissal:

**IT IS HEREBY ORDERED THAT THIS CASE IS DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**.

Dated: January 3, 2023

_____
Hon. Charles R. Breyer
Judge of the U.S. District Court